1264

No. 10–8748. LEWIS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8757. OFRAY-CAMPOS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8762. TENERELLI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8763. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8767. KING *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8772. DIXON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8776. ROSS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8778. CABALLERO-CERVANTES, AKA CABALLERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8779. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8781. CALLAHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8782. MORENO-ROBLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8786. SANTAMARIA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8790. ALVARADO-ZAPATA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–618. CITY OF NEW YORK, NEW YORK, ET AL. *v.* METROPOLITAN TAXICAB BOARD OF TRADE ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–695. LAY *v.* UNITED STATES. C. A. 6th Cir. Motion of Dr. Barron H. Harvey et al. for leave to file a brief as *amici*